**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RONESHA BUTLER,           ) | |
|     Plaintiff,              ) | |
|                                       ) | Civil Action 1:11-cv-00574-RCL |
| v.                       ) | |
| MARY SCHAPIRO            ) | |
| Chairman,                ) | Date: June 20, 2014 |
| Securities and Exchange Commission, ) | |
|     Defendant.            ) | |

### PLANTIFF'S MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Plaintiff respectfully requests leave of the Court to withdraw the appearance of Helen M. Dalphonse as counsel for Plaintiff. Ms. Dalphonse wishes to withdraw her appearance, as she is leaving her position with the law firm representing Plaintiff to pursue other employment. Plaintiff Ronesha Butler has been notified of Ms. Dalphonse's withdrawal. Kevin L. Owen will continue to serve as Counsel for Plaintiff.

Respectfully submitted,

/s/
Kevin L. Owen, Esq., D.C. Bar No. MD 16693
Email: kowen@ggilbertlaw.com
Helen Dalphonse, Esq., *Pro Hac Vice*
Email: hdalphonse@ggilbertlaw.com
The Law Offices of Gary M. Gilbert & Associates, P.C.
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Tel:  (301) 608-0880; Fax:  (301) 608-0881