# EXHIBIT A

# INVOICE

**Diversified Reporting Services, Inc.**
1101 Sixteenth St, NW
Second Floor
Washington, DC 20036

Voice: 202-467-9200
Fax: 202-296-3468

Invoice Number: 74128
Invoice Date: Jul 17, 2013
Page: 1

Reviewed by Procurement
*Ana Wa___*
Date *Aug 14, 2013*

Receipt of Goods and Services
*See Attached Email*
Date *08-11-13*

913

**Bill To:**
USAO Finance Office
Nikiya S. Burnette
555 Fourth St, NW, 5th Floor
Washington, DC 20001

**Ship to:**
US ATTORNEY'S OFFICE
Laurie Weinstein, Esq.
501 Third St, NW, Room E4500
Washington, DC 20001
202-305-7068

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| USAO DEPO | 7C-EOA16-0166 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | COURIER | 6/28/13 | 8/16/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 115.00 | Pages | COURT REPORTING SERVICES<br>10 DAY DELIVERY<br>(ORIGINAL+DISK)<br>In re: Butler v. Schapiro, SEC<br>*******************************************<br>Deposition of Ronesha Butler, 6/17/13<br>FIN1# M1681097B-3359 | 4.25 | 488.75 |

RECEIVED BY PROCUREMENT
U.S. ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
2013 JUL -4 PH 4:19

RECEIVED FINANCE UNIT
U.S. ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
2013 AUG -1 PM 4:12

Reviewed by Procurement Supervisor

Date _____

I certify that this voucher is correct and proper for payment.

*Signature* *Natau___* Date *8-16-13*

| | |
|---|---|
| Subtotal | 488.75 |
| Sales Tax |  |
| Total Invoice Amount | 488.75 |
| Payment/Credit Applied |  |
| **TOTAL** | **488.75** |

Check/Credit Memo No:

Federal Tax ID number: 52-1194149

# Diversified Reporting Services, Inc.
1101 Sixteenth St, NW
Second Floor
Washington, DC 20036

Voice: 202-467-9200
Fax: 202-296-3468

# INVOICE

Invoice Number: 74058
Invoice Date: Jul 5, 2013
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| USAO Finance Office<br>Nikiya S. Burnette<br>555 Fourth St, NW, 5th Floor<br>Washington, DC 20001 | US ATTORNEY'S OFFICE<br>Laurie Weinstein, Esq.<br>501 Third St, NW, Room E4500<br>Washington, DC 20001<br>202-305-7068 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| USAO DEPO | 7C-EOA16-0166 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | COURIER | 7/5/13 | 8/4/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
|  |  | COURT REPORTING SERVICES<br>10 DAY DELIVERY<br>(ORIGINAL+DISK+CONDENSED)<br>In re: Butler v. Schapiro, SEC<br>****************************************** |  |  |
| 35.00 | Pages | Deposition of Zenese Butler, 6/13/13 | 4.25 | 148.75 |
| 35.00 | Pages | Condensed Butler deposition, 6/13/13<br>FIN1# M1681097B-3311 | 1.06 | 37.10 |

| | |
|---|---|
| Subtotal | 185.85 |
| Sales Tax |  |
| Total Invoice Amount | 185.85 |
| Payment/Credit Applied |  |
| TOTAL | 185.85 |

Check/Credit Memo No:

Federal Tax ID number: 52-1194149

# INVOICE

**Diversified Reporting Services, Inc.**
1101 Sixteenth St, NW
Second Floor
Washington, DC 20036

Voice: 202-467-9200
Fax: 202-296-3468

Invoice Number: 74539
Invoice Date: Sep 11, 2013
Page: 1

Receipt of Goods and Services
*See Attached Email*
Date 10-29-13

RECEIVED 11/5/13 In Finance

**Bill To:**
USAO Finance Office
Nikiya S. Burnette
555 Fourth St, NW, 5th Floor
Washington, DC 20001

**Ship to:**
US ATTORNEY'S OFFICE
Laurie Weinstein, Esq.
501 Third St, NW, Room E4500
Washington, DC 20001
202-252-2527

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| USAO DEPO | 7C-EOA16-0166 | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | COURIER | 9/11/13 | 10/11/13 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
|  |  | COURT REPORTING SERVICES<br>10 DAY DELIVERY<br>(ORIGINAL+CONDENSED+DISK)<br>In re: Butler v. Schapiro, SEC<br>********************************************** |  |  |
| 77.00 | Pages | Confidential Deposition of Joyce Hamilto Berry, Ph.D., 8/28/13 | 2.70 | 207.90 |
| 2.25 | Hours | Reporter Hourly Fee (9:47a-12:02p)<br>FIN1# M1681001-296 | 89.75 | 201.94 |

Reviewed by Procurement
*Tina Wall*
Date Oct. 29, 2013

I certify that this voucher is correct and proper for payment.
Signature  11/6/13  Date

RECEIVED FIN OPS UNIT
U.S. ATTORNEY'S OFFICE
DISTRICT... D.C.
2013 OCT 17 AM 10:17

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 409.84 |
| Sales Tax |  |
| Total Invoice Amount | 409.84 |
| Payment/Credit Applied |  |
| **TOTAL** | **409.84** |

Federal Tax ID number: 52-1194149

# INVOICE



**HENDERSON legal services**
*experience does matter*
877-548-8787

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51822 | 5/6/2013 | 31038 |
| Job Date | Case No. | |
| 4/23/2013 | 11-000574 | |

| Case Name |
|---|
| Ronesha Butler v. Securities and Exchange Commission |

| Payment Terms |
|---|
| Due upon receipt |

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

| | | | | |
|---|---|---|---|---|
| Deposition Transcript Of: | | | | |
| Keith M. Kanyan | | | | |
| Transcript Copy | 47.00 Pages | @ | 2.75 | 129.25 |
| Deposition Transcript Of: | | | | |
| Heidi Pilpel | | | | |
| Transcript Copy | 116.00 Pages | @ | 2.75 | 319.00 |
| Exhibits | 8.00 Pages | @ | 0.35 | 2.80 |
| Processing/Repository | | | 55.00 | 55.00 |
| | | **TOTAL DUE >>>** | | **$506.05** |

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

Services received
9/20/13

Tax ID: 46-0476632

RECEIVED
AH 9/20/13
In Finance

*Please detach bottom portion and return with payment.*

---

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

I certify that this voucher is correct and proper for payment.
9/26/13
Signature / Date

Job No. : 31038    BU ID : HLS-DC
Case No. : 11-000574
Case Name : Ronesha Butler v. Securities and Exchange Commission
Invoice No. : 51822    Invoice Date : 5/6/2013
Total Due : $506.05

Remit To: Henderson Legal Services, Inc.
PO Box 37593
Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**   VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52028*** | 5/27/2013 | 31102 |
| Job Date | Case No. | |
| 5/15/2013 | 11-000574 | |
| Case Name | | |
| Ronesha Butler v. Securities and Exchange Commission | | |
| Payment Terms | | |
| Due upon receipt | | |

**HENDERSON legal services**
experience *does* matter
877-548-8787

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC  20530

Deposition Transcript Of:
  David Shillman
    Transcript Copy         197.00 Pages  @  2.75   541.75
    Exhibits                 14.00 Pages  @  0.35     4.90
    Processing/Repository                    55.00    55.00

                                        TOTAL DUE >>>    $601.65

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

Services received
9/20/13

RECEIVED
AH 9/20/13
In Finance

Tax ID: 46-0476632

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC  20530

Job No.    : 31102          BU ID     : HLS-DC
Case No.   : 11-000574
Case Name  : Ronesha Butler v. Securities and Exchange
             Commission
Invoice No. : 52028***      Invoice Date : 5/27/2013
Total Due  : $ 601.65

I certify that this voucher is correct
and proper for payment.

Signature       7/26/13
                 Date

Remit To:  Henderson Legal Services, Inc.
           PO Box 37593
           Baltimore MD  21297-3593

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:



**HENDERSON**
legal services
experience *does* matter
877-548-8787

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52100*** | 5/31/2013 | 31265 |
| **Job Date** | **Case No.** | |
| 5/20/2013 | 11-000574 | |
| **Case Name** | | |
| Ronesha Butler v. Securities and Exchange Commission | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Deposition Transcript Of:
    Kathy England
        Transcript Copy          77.00 Pages @ 2.75    211.75
        Exhibits                    19.00 Pages @ 0.35    6.65
        Processing/Repository                      55.00    55.00

**TOTAL DUE >>>**    **$273.40**

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

*Services received.*
*[signature] 9/20/13*

RECEIVED
AH 9/20/13
In Finance

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Job No.    : 31265      BU ID    : HLS-DC
Case No.    : 11-000574
Case Name    : Ronesha Butler v. Securities and Exchange Commission
Invoice No.    : 52100***      Invoice Date : 5/31/2013
Total Due    : $ 273.40

I certify that this voucher is correct and proper for payment.

*[signature]*    9/26/13
Signature             Date

**Remit To:** Henderson Legal Services, Inc.
            PO Box 37593
            Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:



**HENDERSON**
legal services
experience *does* matter
877-548-8787

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52102*** | 5/31/2013 | 31268 |
| Job Date | Case No. | |
| 5/22/2013 | 11-000574 | |
| Case Name | | |
| Ronesha Butler v. Securities and Exchange Commission | | |
| Payment Terms | | |
| Due upon receipt | | |

Deposition Transcript Of:
   Robert Colby

| | | | | | |
|---|---|---|---|---|---|
| Transcript Copy | | 55.00 | Pages @ | 2.75 | 151.25 |
| Exhibits | | 7.00 | Pages @ | 0.35 | 2.45 |
| Processing/Repository | | | | 55.00 | 55.00 |

**TOTAL DUE >>>**     **$208.70**

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

*Services received.*
*[signature]*
*9/20/13*

**RECEIVED**
*9/20/13*
In Finance

Tax ID: 46-0476632

*Please detach bottom portion and return with payment.*

---

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Job No. : 31268    BU ID : HLS-DC
Case No. : 11-000574
Case Name : Ronesha Butler v. Securities and Exchange Commission
Invoice No. : 52102***    Invoice Date : 5/31/2013
Total Due : $ 208.70

*I certify that this voucher is correct and proper for payment.*

*[signature]*    9/26/13
Signature    Date

Remit To: Henderson Legal Services, Inc.
        PO Box 37593
        Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**    

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52283*** | 6/24/2013 | 31266 |
| Job Date | Case No. | |
| 6/5/2013 | 11-000574 | |

**Case Name**

Ronesha Butler v. Securities and Exchange Commission

**Payment Terms**

Due upon receipt

**HENDERSON legal services**
*experience does matter*
877-548-8787

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

| Deposition Transcript Of: | | | | |
|---|---|---|---|---|
| Herbert Brooks | | | | |
| Transcript Copy | 148.00 Pages | @ | 2.75 | 407.00 |
| Exhibits | 19.00 Pages | @ | 0.35 | 6.65 |
| Processing/Repository | | | 55.00 | 55.00 |
| | | **TOTAL DUE >>>** | | **$468.65** |

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

*Services received.*
*9/20/13*

**RECEIVED**
AH 9/20/13
In Finance

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

**I certify that this voucher is correct and proper for payment.**

Signature

Date 9/26/13

| Job No. | : 31266 | BU ID | : HLS-DC |
|---|---|---|---|
| Case No. | : 11-000574 | | |
| Case Name | : Ronesha Butler v. Securities and Exchange Commission | | |
| Invoice No. | : 52283*** | Invoice Date | : 6/24/2013 |
| Total Due | : $ 468.65 | | |

**PAYMENT WITH CREDIT CARD** AMEX / / VISA

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Remit To:** Henderson Legal Services, Inc.
PO Box 37593
Baltimore MD 21297-3593



**HENDERSON**
legal services
experience *does* matter
877-548-8787

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52340*** | 6/24/2013 | 31267 |
| Job Date | Case No. | |
| 6/10/2013 | 11-000574 | |

**Case Name**
Ronesha Butler v. Securities and Exchange Commission

**Payment Terms**
Due upon receipt

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Deposition Transcript Of:
Nancy Sanow
   Transcript Copy       176.00 Pages  @   2.75    484.00
   Processing/Repository                     55.00     55.00

                               **TOTAL DUE >>>     $539.00**

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

*Services received.*

I certify that this voucher is correct and proper for payment.

_____    9/26/13
Signature                              Date

RECEIVED
AH 9/20/13
In Finance

Tax ID: 46-0476632

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Job No.  : 31267      BU ID  : HLS-DC
Case No.  : 11-000574
Case Name  : Ronesha Butler v. Securities and Exchange Commission
Invoice No.  : 52340***      Invoice Date  : 6/24/2013
**Total Due  : $ 539.00**

Remit To: Henderson Legal Services, Inc.
          PO Box 37593
          Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**    AMEX    MC    VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____     Phone#: _____
Billing Address: _____
Zip: _____     Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**HENDERSON legal services**
experience *does* matter
877-548-8787

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52361 | 12/3/2013 | 31413 |
| Job Date | Case No. | |
| 6/11/2013 | 11-000574 | |

**Case Name**

Ronesha Butler v. Securities and Exchange Commission

**Payment Terms**

Due upon receipt

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Deposition Transcript Of:
    Maxine Woodland

| | | | |
|---|---|---|---|
| Transcript Copy | 101.00 Pages | @ 2.75 | 277.75 |
| Processing/Repository | 1.00 | @ 55.00 | 55.00 |
| | | **TOTAL DUE >>>** | **$332.75** |

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 332.75 |

RECEIVED
3-18-14 CF
In Finance

I certify that this voucher is correct and proper for payment.

_signature_  04-02-14
Signature  Date

Tax ID: 46-0476632

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

| | | | |
|---|---|---|---|
| Job No. | : 31413 | BU ID | : HLS-DC |
| Case No. | : 11-000574 | | |
| Case Name | : Ronesha Butler v. Securities and Exchange Commission | | |
| Invoice No. | : 52361 | Invoice Date | : 12/3/2013 |
| Total Due | : $332.75 | | |

Remit To: Henderson Legal Services, Inc.
PO Box 37593
Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**HENDERSON**
legal services
*experience does matter*
877-548-8787

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52452 | 12/3/2013 | 31475 |
| Job Date | Case No. | |
| 6/24/2013 | 11-000574 | |
| Case Name | | |
| Ronesha Butler v. Securities and Exchange Commission | | |
| Payment Terms | | |
| Due upon receipt | | |

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Deposition Transcript Of:
~~Susie Cho~~
    Transcript Copy     35.00 Pages @ 2.75    96.25
    Exhibits     1.00 Pages @ 0.35    0.35

RECEIVED
3-18-14 CF
In Finance

Deposition Transcript Of:
    Marc McKayle
    Transcript Copy     27.00 Pages @ 2.75    74.25
    Exhibits     2.00 Pages @ 0.35    0.70
    Processing/Repository     1.00 @ 55.00    55.00

**TOTAL DUE >>>    $226.55**

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

I certify that this voucher is correct and proper for payment.

Signed: [signature]    04-02-14 Date

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    226.55

Tax ID: 46-0476632

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Certification of funds availability

Name _____ Date _____

Job No. : 31475    BU ID : HLS-DC
Case No. : 11-000574
Case Name : Ronesha Butler v. Securities and Exchange Commission
Invoice No. : 52452    Invoice Date : 12/3/2013
Total Due : $226.55

Remit To:    Henderson Legal Services, Inc.
               PO Box 37593
               Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**    AMEX   MC   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



**HENDERSON**
**legal services**
*experience does matter*
877-548-8787

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52600 | 12/3/2013 | 31566 |
| Job Date | Case No. | |
| 7/9/2013 | 11-000574 | |
| Case Name | | |
| Ronesha Butler v. Securities and Exchange Commission | | |
| Payment Terms | | |
| Due upon receipt | | |

Deposition Transcript Of:
    Raquel L. Russell
        Transcript Copy     90.00 Pages     @     2.75     247.50
        Processing/Repository     1.00     @     55.00     55.00

RECEIVED 3-18-14 CF In Finance

**TOTAL DUE >>>**     **$302.50**

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     302.50

I certify that this voucher is correct and proper for payment.
Signature / 04-02-14 Date

Tax ID: 46-0476632

---

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Job No. : 31566     BU ID : HLS-DC
Case No. : 11-000574
Case Name : Ronesha Butler v. Securities and Exchange Commission
Invoice No. : 52600     Invoice Date : 12/3/2013
Total Due : $302.50

Remit To:     Henderson Legal Services, Inc.
              PO Box 37593
              Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**     AMEX / MC / VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

**HENDERSON legal services**
*experience does matter*
877-548-8787

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52981 | 12/3/2013 | 31652 |

| Job Date | Case No. |
|---|---|
| 7/31/2013 | 11-000574 |

| Case Name |
|---|
| Ronesha Butler v. Securities and Exchange Commission |

| Payment Terms |
|---|
| Due upon receipt |

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

RECEIVED
3-18-14 CK
In Finance

Deposition Transcript Of:
    Sharon Mindy Lawson

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 96.00 | Pages | @ 2.75 | 264.00 |
| Exhibits | 12.00 | Pages | @ 0.35 | 4.20 |
| Processing/Repository | 1.00 | | @ 55.00 | 55.00 |

**TOTAL DUE >>>**     **$323.20**

A finance charge of 1.5% per month may be charged on all balances more than 30 days past due.

Transcript copy, regular delivery.

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: 323.20

I certify that this voucher is correct and proper for payment.

_Nukuya BA_    04-02-14
Signature           Date

Tax ID: 46-0476632

*Please detach bottom portion and return with payment.*

Laurie J. Weinstein, Esq.
U.S. Department of Justice
555 Fourth Street, NW
Washington DC 20530

Job No. : 31652     BU ID : HLS-DC
Case No. : 11-000574
Case Name : Ronesha Butler v. Securities and Exchange Commission
Invoice No. : 52981     Invoice Date : 12/3/2013
Total Due : $323.20

Remit To: Henderson Legal Services, Inc.
PO Box 37593
Baltimore MD 21297-3593

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature: